HILL, BETTS & NASH LLP
Gregory O'Neill (GON-1944)
Francis W. Turner (FWT-5174)
Attorneys for Defendants
*VESSEL MANAGEMENT SERVICES, INC.,*
*and INTREPID PERSONNEL AND PROVISIONS,*
*s/h/a INTREPID SHIP MANAGEMENT, INC.*
One World Financial Center
200 Liberty Street
New York, New York 10281
(212) 839-7000

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
BRIAN McLARNON                                         :     08 CV. 03375
                                                       :
                Plaintiff            :
                                                       :     **RULE 7.1 DISCLOSURE**
   against                                           :
                                                       :
INTREPID PERSONNEL & PROVISIONING                      :
INC. VESSEL MANAGEMENT SERVICES                        :
INC.                                                   :
                                                       :
                Defendants           :
-----------------------------------------------------------------x

      Defendants, Intrepid Personnel & Provisioning Inc. and Vessel Management Services Inc. (hereinafter "Responding Defendants"), by and through their attorneys Hill, Betts & Nash LLP, as and for their Rule 7.1 Disclosure state that Intrepid Personnel & Provisioning Inc. and Vessel Management Services Inc. are wholly-owned subsidiaries of Crowley Petroleum Services, Inc., a privately held corporation.

Dated: New York, New York
       June 6, 2008

{NY074220.1}

- 2 -

                    HILL, BETTS & NASH LLP

By: _____
     Gregory O'Neill (GON-1944)
     Francis W. Turner (FWT-5174)
     Attorneys for Defendants
     *VESSEL MANAGEMENT SERVICES, INC.,*
     *And INTREPID PERSONNEL AND PROVISIONS,*
     *s/h/a INTREPID SHIP*
     *MANAGEMENT, INC.*
     One World Financial Center
     200 Liberty Street
     New York, New York 10281
     Tel: (212) 839-7000