# HILL, BETTS & NASH LLP

ONE WORLD FINANCIAL CENTER
200 LIBERTY STREET, 26TH FLOOR
NEW YORK, NY 10281

(212) 839-7000
FAX: (212) 466-0514
WRITER'S DIRECT PHONE:

(212) 589-7553

July 18, 2008

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/18/08
```

*Via Facsimile*
The Honorable Loretta A. Preska
United States District Court
Southern District of New York
500 Pearl Street
Room 1320
New York, New York 10007

    Re:    Brian McLarnon v. Intrepid Personnel
           And Provisions Inc., et al.
           Case No.: 08-CV-03375 (LAP)
           Our File No. 16.0006

Dear Judge Preska:

        We are attorneys for defendants Intrepid Personnel and Provisions Inc. and Vessel Management Services Inc. This case is a relatively straightforward case of alleged injury to the plaintiff seaman while working aboard a vessel. At this time, the parties do not expect that there will be any need to add additional parties. As directed by the Court, counsel for the parties have conferred and jointly propose the following dates for a Scheduling Order in this action:

| | | |
|---|---|---|
| 1. | Rule 26 (a) mandatory disclosures | August 31, 2008 |
| 2. | Filing any amendments to the pleadings | August 31, 2008 |
| 3. | Completion of fact discovery | November 30, 2008 |
| 4. | Exchange of expert reports, if any | December 30, 2008 |
| 5. | Completion of Expert Discovery | January 15, 2009 |
| 6. | Submission of Joint Pretrial Order with proposed exhibits, proposed Voir Dire and Request to Charge | January 30, 2009 |

{NY075338.1}

So ordered
*Loretta A. Preska USDJ*

FLORIDA
601 BRICKELL KEY DRIVE
COURVOISIER CENTRE II, SUITE 500
MIAMI, FL 33131-2699
(786) 425-9900 • FAX: (786) 425-9090

July 18, 2008

The Honorable Loretta A. Preska
July 18, 2008
Page 2

    Each of the parties will advise the Court as soon as possible, but not later than completion of expert discovery, if they intend to make any motions and in such case will send a letter to the court pursuant to Section 2.A. of the Court's Individual Practices setting forth the basis for the anticipated motion.

    Thank you for your consideration of this matter.

                                         Respectfully yours,

TABAK, MELLUSI & SHISHA          HILL, BETTS & NASH LLP

_____          _____
Ralph J. Mellusi                            Mary T. Reilly

{NY075338.1}