# HILL, BETTS & NASH LLP

ONE WORLD FINANCIAL CENTER
200 LIBERTY STREET, 26TH FLOOR
NEW YORK, NY 10281

(212) 839-7000
FAX: (212) 466-0514
WRITER'S DIRECT PHONE:

(212) 589-7553

July 18, 2008

```
┌─────────────────────────────────┐
│ USDC SDNY                        │
│ DOCUMENT                         │
│ ELECTRONICALLY FILED             │
│ DOC #: _____           │
│ DATE FILED: 7/18/08              │
└─────────────────────────────────┘
```

*Via Facsimile*
The Honorable Loretta A. Preska
United States District Court
Southern District of New York
500 Pearl Street
Room 1320
New York, New York 10007

> Re:    Brian McLarnon v. Intrepid Personnel
> And Provisions Inc., et al.
> Case No.: 08-CV-03375 (LAP)
> Our File No. 16.0006

Dear Judge Preska:

We are attorneys for defendants Intrepid Personnel and Provisions Inc. and Vessel Management Services Inc. This case is a relatively straightforward case of alleged injury to the plaintiff seaman while working aboard a vessel. At this time, the parties do not expect that there will be any need to add additional parties. As directed by the Court, counsel for the parties have conferred and jointly propose the following dates for a Scheduling Order in this action:

1.    Rule 26 (a) mandatory disclosures          August 31, 2008

2.    Filing any amendments to the pleadings     August 31, 2008

3.    Completion of fact discovery               November 30, 2008

4.    Exchange of expert reports, if any         December 30, 2008

5.    Completion of Expert Discovery             January 15, 2009

6.    Submission of Joint Pretrial Order with    January 30, 2009
      proposed exhibits, proposed Voir Dire
      and Request to Charge

{NY075338.1}

So ordered
Loretta A Preska
USDJ

July 18 2008

FLORIDA
601 BRICKELL KEY DRIVE
COURVOISIER CENTRE II, SUITE 500
MIAMI, FL 33131-2699
(786) 425-9800 · FAX: (786) 425-9090

The Honorable Loretta A. Preska
July 18, 2008
Page 2

        Each of the parties will advise the Court as soon as possible, but not later than completion
of expert discovery, if they intend to make any motions and in such case will send a letter to the
court pursuant to Section 2.A.of the Court's Individual Practices setting forth the basis for the
anticipated motion.

        Thank you for your consideration of this matter.

                                                Respectfully yours,

TABAK, MELLUSI & SHISHA              HILL, BETTS & NASH LLP

_____              _____
    Ralph J. Mellusi                        Mary T. Reilly

{NY075338.1 }